MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:  _____           Case No.: _____

_____                   Chapter: ____
*Debtor(s)*

### Notice of Change of Address for Creditor

_____ (Creditor) hereby gives notice of its new address:

**Current Notice Address**:            _____
*(As shown on matrix)*                 _____
                                       _____
                                       _____

**New Notice Address**:                _____
                                       _____
                                       _____
                                       _____

**New Payment Address**:               _____
*(If applicable)*                      _____
                                       _____
                                       _____

**Proof of Claim Number(s)**: _____
*(If applicable)*

**Reason for Change of Address**:   ☐ New Loan Servicer[1]
                                    ☐ New Location
                                    ☐ Other _____

Prepared By:

Signature: _____        Address: _____
Name: _____                       _____
Title: _____                      _____
Phone No: _____                   _____

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

<u>Certificate of Service</u>

   I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on _____ addressed to:
      (Date)

Debtor(s):

_____

_____

_____

_____

                _____
                Name

                _____
                Signature