

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                            CHAPTER 13
CAROL ELIZABETH GEORGES                        CASE NO. 23-50611-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
### CAROL ELIZABETH GEORGES (SSN # XXX-XX-5908)

THE ORDER **(Dkt. 10)** heretofore entered in these proceedings by which the debtor's employer:

> **Medical Genetic Consultants**
> **819 Desoto St**
> **Ocean Springs MS 39564-0000**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**