**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Carol Elizabeth Georges, Debtor**          **Case No. 23-50611-KMS**
                                                                    **Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13**
**DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1.  By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A.  For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B.  All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C.  I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D.  I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E.  I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F.  If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: **/s/ Carol Elizabeth Georges**                                    **04/22/2026**
Carol Elizabeth Georges                                                          Date

**/s/ Thomas C. Rollins, Jr.**                                                     **04/23/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                          Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:                                          Gulfport Divisional Office:
Danny L. Miller, Clerk                               Danny L. Miller, Clerk
United States Bankruptcy Court                 United States Bankruptcy Court
Thad Cochran US Courthouse                   Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                          2012 15th St, Suite 244
Jackson, MS 39201                                    Gulfport, MS 39501

### CERTIFICATE OF SERVICE

On April 23, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CAROL ELIZABETH GEORGES

CASE NO: 23-50611-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CAROL ELIZABETH GEORGES

CASE NO: 23-50611-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/23/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/23/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO                                                                          ~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING           OPPORTUNITY FINANCIAL  LLC              ~~US BANKRUPTCY COURT~~
NCRS ADDRESS DOWNLOAD                       PO BOX 5040                            ~~DAN M RUSSELL  JR US COURTHOUSE~~
CASE 23-50611-KMS                           FREDRICKSBURG  VA 22403-0640           ~~2012 15TH STREET  SUITE 244~~
SOUTHERN DISTRICT OF MISSISSIPPI                                                   ~~GULFPORT  MS 39501-2036~~
THU APR 23 7-52-27 PST 2026


ARROWHEAD ADVANCE                          CASHNET USA                            CASHNETUSA
PO BOX 157                                 175 W JACKSON                          175 W JACKSON BLVD
CLAYMONT  DE 19703-0157                     STE 1000                               SUITE 1000
                                           CHICAGO  IL 60604-2863                  CHICAGO  IL 60604-2863


CREDIT ONE BANK                            CREDIT ONE BANK                        DEPARTMENT OF THE TREASURY
ATTN BANKRUPTCY                            PO BOX 98872                           INTERNAL REVENUE SERVICE
PO BOX 98873                               LAS VEGAS  NV 89193-8872               PO BOX 7346
LAS VEGAS  NV 89193-8873                                                          PHILADELPHIA PA 19101-7346


(P)FIRST SAVINGS BANK                      FORTIVA                                HMC GROUP
ATTN BANKRUPTCY                            ATTN BANKRUPTCY                        ATTN BANKRUPTCY
1500 S HIGHLINE AVE                        PO BOX 105555                          29065 CLEMENS RD
SIOUX FALLS SD 57110-1003                  ATLANTA  GA 30348-5555                 STE 200
                                                                                 CLEVELAND  OH 44145-1179


INTERNAL REVENUE SERVI                     KEESLER FEDERAL CREDIT UNION           LVNV FUNDING  LLC
CO US ATTORNEY                             ATTN BANKRUPTCY                        RESURGENT CAPITAL SERVICES
501 EAST COURT ST                          PO BOX 7001                           PO BOX 10587
STE 4430                                   BILOXI  MS 39534-7001                  GREENVILLE  SC 29603-0587
JACKSON  MS 39201-5025


MERRICK BANK                               MONEY KEY                              MS DEPT OF REVENUE
RESURGENT CAPITAL SERVICES                 1000 N WEST ST                         BANKRUPTCY SECTION
PO BOX 10368                               STE 1200                               PO BOX 22808
GREENVILLE  SC 29603-0368                  WILMINGTON  DE 19801-1058              JACKSON  MS 39225-2808


MEMORIAL HOSPITAL                          MERIT HEALTH BILOXI                    MERRICK BANK
PO BOX 1810                                PO BOX 281436                          ATTN BANKRUPTCY
GULFPORT  MS 39502-1810                    ATLANTA  GA 30384-1436                 PO BOX 9201
                                                                                 OLD BETHPAGE  NY 11804-9001


MISSISSIPPI DEPARTMENT OF REVENUE          (P)MOBILOANS  LLC                      NETCREDIT
PO BOX 22808                               151 MELACON RD                         175 W JACKSON BLVD
JACKSON  MS 39225-2808                     MARKSVILLE LA 71351-3065               SUITE 1000
                                                                                 CHICAGO  IL 60604-2863


OCHSNER HOSPITAL                           OCHSNER HEALTH SYSTEM                  OPPORTUNITY FINANCIAL
1514 JEFFERSON HIGHWAY                     JONES WALKER ATTN                      130 E RANDOLPH ST
NEW ORLEANS  LA 70121-2451                 CAROLINE MCCAFFREY  ESQ                SUITE 3400
                                           201 ST CHARLES AVE  49TH FL            CHICAGO  IL 60601-6379
                                           NEW ORLEANS  LA 70170-5100

OPPORTUNITY FINANCIAL  LLC
P O BOX 5040
FREDERICKSBURG VA 22403-0640

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RISE CREDIT
ATTN BANKRUPTCY
PO BOX 101808
FORT WORTH  TX 76185-1808

SMCS
ATTN BANRUPTCY
5001 PARK ST
MOSS POINT  MS 39563-2733

SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY  JR
P O BOX 1618
PASCAGOULA  MS  39568-1618

(P)TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

EXCLUDE

(D)(P)TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

CAROL ELIZABETH GEORGES
6353 CHAUCER DR
OCEAN SPRINGS  MS 39564-2306

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749