United States Bankruptcy Court

Southern District of Mississippi

In re:

Case No. 23-50611-KMS

Carol Elizabeth Georges

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Elizabeth Georges, 6353 Chaucer Dr, Ocean Springs, MS 39564-2306 |
| 5224445 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5224446 | | Merit Health Biloxi, PO Box 281436, Atlanta, GA 30384-1436 |
| 5224453 | + | SMCS, Attn: Banruptcy, 5001 Park St, Moss Point, MS 39563-2733 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: opportunitynotices@gmail.com | May 20 2026 19:56:00 | Opportunity Financial, LLC, P.O. Box 5040, Fredricksburg, VA 22403-0640 |
| 5236115 | ^ | MEBN | May 20 2026 19:49:36 | ARROWHEAD ADVANCE, P.O. BOX 157, CLAYMONT, DE 19703-0157 |
| 5236116 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 20 2026 19:55:00 | CASHNET USA, 175 W JACKSON, STE 1000, CHICAGO, IL 60604-2863 |
| 5232242 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 20 2026 19:55:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5224438 | + | Email/PDF: creditonebknotifications@resurgent.com | May 20 2026 19:57:11 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5224437 | + | Email/PDF: creditonebknotifications@resurgent.com | May 20 2026 19:57:19 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5224442 | | EDI: IRS.COM | May 20 2026 23:44:00 | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia PA 19101-7346 |
| 5224439 | | Email/Text: BNSFS@capitalsvcs.com | May 20 2026 19:55:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 5224440 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 20 2026 19:55:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5224441 | + | Email/Text: hmcgrp@aol.com | May 20 2026 19:55:00 | Hmc Group, Attn: Bankruptcy, 29065 Clemens Rd., Ste 200, Cleveland, OH 44145-1179 |
| 5224443 | + | Email/Text: ebone.woods@usdoj.gov | May 20 2026 19:56:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5224444 | + | Email/Text: melissa.martin@kfcu.org | May 20 2026 19:55:00 | Keesler Federal Credit Union, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5248511 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2026 19:57:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5241686 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 20 2026 19:57:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

District/off: 0538-6                          User: mssbad                                      Page 2 of 3

Date Rcvd: May 20, 2026                       Form ID: 3180W                                    Total Noticed: 34

| | | | |
|---|---|---|---|
| 5224448 | Email/Text: bankruptcy@mobiloans.com | May 20 2026 19:55:00 | Mobiloans, LLC, Attn: Bankruptcy, Po Box 1409, Marksville, LA 71351 |
| 5236117 | + Email/Text: bankruptcy@moneykey.com | May 20 2026 19:55:00 | MONEY KEY, 1000 N. WEST ST, STE 1200, WILMINGTON, DE 19801-1058 |
| 5224449 | EDI: MSDOR | May 20 2026 23:44:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5224447 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 20 2026 19:57:19 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5251164 | EDI: MSDOR | May 20 2026 23:44:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5224450 | + Email/Text: netcreditbnc@enova.com | May 20 2026 19:56:00 | NetCredit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5236118 | + Email/Text: lengle@ochsner.org | May 20 2026 19:55:00 | OCHSNER HOSPITAL, 1514 JEFFERSON HIGHWAY, NEW ORLEANS, LA 70121-2451 |
| 5248892 | + Email/Text: bankruptcy@ochsner.org | May 20 2026 19:55:00 | Ochsner Health System, Jones Walker Attn:, Caroline McCaffrey, Esq., 201 St. Charles Ave., 49th Fl., New Orleans, LA 70170-5100 |
| 5224451 | + Email/Text: opportunitynotices@gmail.com | May 20 2026 19:56:00 | Opportunity Financial, 130 E Randolph St, Suite 3400, Chicago, IL 60601-6379 |
| 5250684 | + Email/Text: opportunitynotices@gmail.com | May 20 2026 19:56:00 | Opportunity Financial, LLC, P O Box 5040, Fredericksburg VA 22403-0640 |
| 5250887 | EDI: PRA.COM | May 20 2026 23:44:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5224452 | + EDI: PHINELEVATE | May 20 2026 23:44:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5232223 | ^ MEBN | May 20 2026 19:49:37 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5224454 | Email/Text: tidewaterlegalebn@twcs.com | May 20 2026 19:55:00 | Tidewater Finance Co, Attn: Bankruptcy, 6520 Indian River Road, Virgina Beach, VA 23464 |
| 5229408 | Email/Text: tidewaterlegalebn@twcs.com | May 20 2026 19:55:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 5224455 | ^ MEBN | May 20 2026 19:49:12 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5232224 | * | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0538-6                    User: mssbad                              Page 3 of 3
Date Rcvd: May 20, 2026                 Form ID: 3180W                            Total Noticed: 34

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Thomas Carl Rollins, Jr | on behalf of Debtor Carol Elizabeth Georges trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carol Elizabeth Georges** | Social Security number or ITIN **xxx–xx–5908** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **23–50611–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Carol Elizabeth Georges**

Dated: <u>5/20/26</u>

**By the court:**       <u>/s/Katharine M. Samson</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**