# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Aug 24, 2026 2:28PM

Warren A. Cuntz, Jr., Trustee

Rcpt. No: 30001166 Trans. Date: Aug 24, 2026 2:28PM Cashier ID: #SH (3823)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 21-50915-KMS | 1 | 957.93 | 957.93 |
| UC | UNCLAIMED FUNDS | 23-50611-KMS | 1 | 93.34 | 93.34 |
| UC | UNCLAIMED FUNDS | 23-50684-KMS | 1 | 32.00 | 32.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #759293 | 08/24/2026 | $1,083.27 |
| | | | Total Due Prior to Payment: | $1,083.27 |
| | | | Total Tendered: | $1,083.27 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Debtor**: Rocky Ruckman

**Debtor**: Carol Elizabeth Georges

**Debtor**: Tereasa Lynn Dillon

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.