# REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
P.O. BOX 3749
GULFPORT, MS 39505-3749

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|---|
| 759293 |

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 24 2026

Danny L. Miller, Clerk of Court
By:____________,Deputy Clerk

| Printed |
|---|
| 8/17/2026 |

| Issue Date |
|---|
| 08/17/2026 |

CLERK, US BANKRUPTCY COURT
501 E COURT STREET
SUITE 2300
JACKSON, MS 39201

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 39201 N | RUCKMAN, ROCKY | NONE LISTED ON CLAIM | 21-50915 | $3,229.24 | 957.93 |
| 39201 N | GEORGES, CAROL ELIZABETH | NONE PROVIDED ON POC | 23-50611 | $.00 | 93.34 |
| 39201 N | DILLON, TEREASA LYNN | NONE PROVIDED ON CLAIM | 23-50684 | $.00 | 32.00 |
| | | | | TOTAL | 1,083.27 |

Ruckman - 21-50915 - Claim 14

Georges - 23-50611 - Claim 9

Dillon - 23-50684 - Claim 13

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.