GULFPORT MS 395

20 AUG 2026AM 1 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 39503
02 7H
0006216384

$ 000.78⁰

AUG 18 2026

RETURN SERVICE REQUESTED

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

AUG 24 2026

Danny L. Miller, Clerk of Court
By:__________, Deputy Clerk

39201-502825